Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for CHAE KYUN CHUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHAE KYUN CHUNG,<br><br>            Defendant. | Case No. CR 06-0126-02 PJH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SELF-**<br>**SURRENDER DATE** |

**STIPULATION**

Defendant Chae Kyun Chung, by and through his counsel, Edward W. Swanson, and the United States Department of Justice, by and through Niall E. Lynch, hereby stipulate and agree to a continuance of Mr. Chung's self-surrender date from October 2, 2006 to October 16, 2006. The purpose for the continuance is to enable Mr. Chung to address certain work commitments prior to surrender.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    IT IS SO STIPULATED.

3    DATED: July 28, 2006                               /s/
                                                Edward W. Swanson
                                                Swanson, McNamara & Haller LLP
                                                Counsel for CHAE KYUN CHUNG

6
7    DATED: July 28, 2006                               /s/
                                                Niall E. Lynch
                                                United States Department of Justice
                                                Antitrust Division

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  7/31/06

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2